FILED
2018 Apr-27 PM 04:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| PAMELA STUBBS <br> Plaintiff <br> *(Write your full name. No more than one plaintiff may be named in a pro se complaint.)* <br><br> -v- <br><br> COMPASS BANK <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☒ No <br><br> 2:18-cv-00661-RDP |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: PAMELA STUBBS
   Street Address: 3317 WOODLEY COURT
   City and County: HOOVER, JEFFESON
   State and Zip Code: ALABAMA 35216
   Telephone Number: (205) 422-8500
   E-mail Address: pamtubbs37@yahoo.com

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☐ **Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.**

4-27-2018
Date

*Pamela Stubbs*
Participant Signature

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: COMPASS BANK
  Job or Title *(if known)*:
  Street Address: 15 20TH STREET SOUTH
  City and County: BIRMINGHAM   JEFFERSON
  State and Zip Code: ALABAMA  35216
  Telephone Number: (205) 297-3000
  E-mail Address *(if known)*:

Defendant No. 2
  Name:
  Job or Title *(if known)*:
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address *(if known)*:

Defendant No. 3
  Name:
  Job or Title *(if known)*:
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address *(if known)*:

Defendant No. 4
   Name _____
   Job or Title *(if known)* _____
   Street Address _____
   City and County _____
   State and Zip Code _____
   Telephone Number _____
   E-mail Address *(if known)* _____

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

   Name              Compass Bank
   Street Address    15 20TH Street South
   City and County   Birmingham   Jefferson
   State and Zip Code  Alabama    35233
   Telephone Number  (205) 297-3000

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

   *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

   *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

   *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

| ☐ | Relevant state law *(specify, if known)*: |
|---|---|
| ☐ | Relevant city or county law *(specify, if known)*: |

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: HOSTILE WORK ENVIORNMENT

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

7-28-2017 - I DID NOT RECEIVE A PAY CHECK. TIME WAS NOT SUBMITTED BY MY MANAGER KELLY ELLIS. TWO PAY PERIODS LATER I HEARD KELLY ELLIS TELL KEITRIC WILEY TO ENTER TIME ONTO HIS TIMESHEET SO THAT SHE COULD SUBMIT IT.

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☑ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

1) I AM A FEMALE AND WAS NOT PAID WAGES INTENTIONALLY AND A MALE CO-WORKING IN THE SAME DEPARTMENT WAS NOTIFIED ABOUT TIME SHEET TO BE PAID ON TIME.

2) Pulled into two meetings and contacted by HR after 3 occurrences and and my male co-worker was warned after 5th occurrence

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B. The Equal Employment Opportunity Commission *(check one)*:
- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)* 01-29-2018

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I HAVE BEEN DISRESPECTED, ABUSED AND VIOLATED. I HAVE A RIGHT TO A STRESS FREE WORK ENVIORMENT. I AM SEEK Help FROM THE COURT TO MAKE THE APPROPRIATE DECISION FOR PUNITIVE MONEY DAMAGES

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-27-2018

Signature of Plaintiff: *Pamela Stubbs*

Printed Name of Plaintiff: PAMELA STUBBS

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney        _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Street Address              _____
State and Zip Code          _____
Telephone Number            _____
E-mail Address              _____

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Pamela D. Stubbs<br>3317 Woodley Court<br>Hoover, AL 35216 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|---|---|

☐    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2018-00883 | RICHARD GROOMS,<br>Investigator | (205) 212-2115 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

                                                  On behalf of the Commission

Enclosures(s)              *[signature]*              **JAN 29 2018**

                                        **Delner Franklin-Thomas,**             *(Date Mailed)*
                                              **District Director**

cc:     **Compass Bank**
       **c/o Mieke A. Hemstreet**
       **Senior Corporate Counsel**
       **15 South 20th Street, Suite 1802**
       **Birmingham, AL 35233**

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2018-00883 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

**Name** *(indicate Mr., Ms., Mrs.)* | **Home Phone** | **Year of Birth**
Ms. Pamela D Stubbs | 205-422-8500 |

**Street Address** | **City, State and ZIP Code**
3317 1st Street West, HOOVER, AL 35216

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

**Name** | **No. Employees, Members** | **Phone No.**
COMPASS BANK | |

**Street Address** | **City, State and ZIP Code**
15 20th strret south, BIRMINGHAM, AL 35233

**Name** | **No. Employees, Members** | **Phone No.**
| |

**Street Address** | **City, State and ZIP Code**

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-23-2017   Latest: 12-22-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I am a black female who has worked for the above named employer for ten years. On february 23rd, 2017 I complained on my manage Kelly Ellis. I complained ot her manager Kristin Metty. I told kristen that Kelly Ellis was reassigning more difficult cases to me. This would in-turn make it more difficult to meet expected goals of 20 cases weekly and 80 cases monthly. On August 4th 2017, I had a meeting with my team lead Judy Jones. Judy stated in the meeting that I was consistently below expected monthly production goals from May until July. Judy and i went over the numbers and it was found that I did meet production from May until July. After speaking with Kelly Judy called me back into the meeting and said I am being coached for not meeting production only for the month of July. Per Kelly Ellis there would no further changes made and time taken away from the job for a single day of vacation, holidays,sick days and meetings would not be considered. This course of action would insure failure to complete assigned work and lead to disiplinary actions including terminatin. Another incident During the month of July when I received approximately four phone calls from Tamika Wren, a HR Representative concerning my attendance. Two of the called occured while i was in the doctors office. Tamika wanted to known when I would be completing FMLA parpers per the request of Kelly Ellis.I asked Tamika how many ocurrances I had and she did not know. The next upon returing to work I received an email from Kelly stating that I have four occurrances. We went back and forth concerning the matter and it was determined that I only had three and five occurrances starts the diciplinary action process. I felt harrassed and believed this to be a form of retaliation

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements*
---|---
I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT
Digitally signed by Pamela Stubbs on 12-29-2017 02:36 PM EST | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*




EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2018-00883 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

for complaing to Kelly Ellis manager. On December 22nd, 2017 I contacted HR Representative Tammy Fincher to complan about defamation of character by a co-worker with behavior being known to upper management. I told Tammy that Jacqueline Ligion a BSA Specialist and is under the management of Monica Fuquo. For several months Jacqueline has defamed my character by spreading rumors throughout the department that I have a sexually transmitted disease. Other offensive comments were stated concerning my hair, clothing, and that I am unclean. It is well known throughout the department that Jacqueline has conducted this type of behaviour in the past as it was stated to me by Keldric Williams that Jacqueline speaded rumors about him throughout the BSA department and caused co-workers to stray away from him. After hearing my complaint about Jacqueline, Tammy stated that there was not much that could be done. It is against company policy for myself and fellow employees to be subjected to such behavior. If employees of BSA/AML Department were questioned I am confidently sure that these accusations against Jacqueline Ligon will be found to be true and also that the behavior is known to management. In addition The week of December 22nd,2017 I have been hearing rumors that I will be fired after I return from vacation which is the week of December 29th, 2017. It was said that my manager Kelly Ellis would seek to find error in my work that would result in termination. I have a right to a stress free work environment. It is unfair that my character is defamed by a co-worker and job threatened by my manager. I am seeking help to stop the rumor, harassment and retaliation.

I believe that I have been retaliated against for engaging in protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Pamela Stubbs on 12-29-2017 02:36 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

2/23/2017 - I spoke with Kristen Metty the manager of Kelly Ellis. Kelly Ellis is my Manager. I told Kristen that I was having issues with Kelly. She was re-assigning more difficult cases to me. Kelly was overloading me with emails. Some of the emails were rude and caused division within the department. Most importantly when she came to my desk she was firmly resting her hand on my shoulder.

As an investigator, I am required to complete 20 weekly/80 cases monthly. The task is very difficult and sometimes unattainable as expressed to Kristen and Kelly by several investigators. I feel that Kelly Ellis reassigned more difficult cases to me to hinder my production which would lead to disciplinary actions resulting in job termination.

Kelly would send so many emails that it was difficult if not impossible to keep up with the request, changes, and updates that were being made. Kelly has been rude on several of the emails. She told me to stop worrying about how the cases were being distributed among other investigators and worry about my self. She also has said that investigators could not contact Analyst in the department directly. This causes division with the department.

After speaking with Kristen Metty, Kelly's Manager about her touching me, the activity continued. I feel that Kelly Ellis continued to touch me to intimidate me and show me that there was nothing that I could do about it. Kelly touching me made me feel disrespected, abused, and violated. Kelly's actions have caused me emotional distress. It brings tears to my eyes just to think about it. My witnesses have experience the same actions from Kelly.

03/20/2017 - The BSA Department started to have monthly one on one meetings between employees and their team lead due to a poor survey score from Gallup. My team lead is Judy Jones. Judy and I had a monthly meeting concerning my work performance from 03/20/2017 to 06/26/2017 and Judy stated that she had no problems or issues with my work and that I was one of the best investigators that they had. Then on 07/17/2017 when I received my quarterly Evaluation I was told by Judy that I was not a team player and that I would be graded very poorly in that area because Kelly says that I did not volunteer when she sent out an email to all investigators to help with a case. I did not agree with Judy and told her that was unfair to say that I am not a team player because I did not volunteer for one case. I was also told by Judy that this would affect my raise for next year and any available promotions. I have tried several times to get copies of this evaluation but management will not give me a copy. I was able to pull a copy of my evaluation that Judy and I had on 06/26/2017. In the monthly meeting, it was stated by Judy that there were no issues with my work but the Compass Bank systems state that Pam is not able to do additional tasks for the team due to sometimes struggling to meet weekly production

The week of 12/22/2017 I overheard Keitric Wiley tell Kristy Lovelace that Kelly was going to fire me when I return from vacation which was the week of 12/29/2017. Kristen Lovelace responded with by Felicia. I contacted Human and expected to speak with Tameka Wren, the known representative for the AML Department. I was told Tameka would no longer be my representative and the new contact would be Tammy Fincher. Tammy gave me a callback the same day and I expressed to her what was stated by Ketric Wiley and Kristy Lovelace. Tammy said that Kelly had not spoken to her about firing me and that she would speak with her about it. I also told her about Jacqueline Ligon a BSA Specialist I, Monica Fuqua is her manager. Jacqueline has been spreading rumors about me for months. She has stated that I have a sexually transmitted disease, that I am unclean, She has spoken negatively about my hair and my clothing. Tammy's response was that there was not much that could be done. I told her that it was against company policy for myself and fellow employees to be subject to such behavior. That is when I decided to send my complaint to the office of General Counsel. My complaint was addressed to Shane Clanton.

the letter stated that I overheard co-workers talking negatively about me stating that my Manager Kelly Ellis was planning to fire me. Jacqueline Ligon was spreading rumors about me and that Tammy Fincher stated that there was not much that could be done. Also,

Jacqueline has conducted this type of behavior in the past as stated to me by Keldric Williams, another coworker. He said that Jacqueline spread rumors throughout the BSA department about him this caused co-workers to stray away from him. I have an email with Keldric stating that. I also was told by Antoine Welch that Jacqueline cursed him out in front of the other employees grabbed her things and left the office. The employee handbook states that this type of behavior would not be tolerated. I informed HR that management was aware of the rumors floating around the office and did nothing about it. The two witness that are listed has gone to HR several times about the hostility and unfair treatment of Kelly Ellis. The actions of Jacqueline Ligion is known by her manager Monica Fuqua. As stated by Human Resources there is nothing that can be done. I really feel like it is me against the corporation as HR is coaching managers on what to say and managers are coaching employees. My complaint was filed with EEOC on 12/29/2017 and I have been issued a right to sue letter.

I am a black female who has worked for the above-named employer for ten years. On February 23, 2017, I complained to Kristen Metty that my supervisor, Kelly Ellis was reassigning more difficult cases from Ketric Wiley and to Keldric Williams and myself, which made it difficult to meet weekly and monthly deadlines. After complaining, things did not improve and I was still being assigned harder work. In August 2017, I was counseled that I had not met production goals for the previous four months. I complained that they did not consider vacation time or holidays and all but the August evaluation were removed.

On December 22, 2017, I contacted HR to complain that Jacquline Ligon (black female) had been spreading rumors about me, which is a violation of company policy. HR told me there was nothing they could do. These rumors were known to management and nothing was done to stop the activity. I have recently overheard Ketric Williams and Kristi Lovelace discussing that Ms.Ellis is looking for errors in my work in order to discharge me in the first quarter of 2018.

Kelly Ellis has contacted HR Rep, Tamika Wren on several occasions concerning my attendance. Two of the calls I received in the doctor's office. The activity was unnecessary as I only had three occurrences for the year and a total of five is needed to start disciplinary actions. The retaliation began after I complained about my Manager Kelly Ellis. Afterwards, my work was load was made more difficult and malicious rumors were allowed to continue by management. The activity has caused me mental and emotional stress and promoted a hostile work environment.

I believe that I have been retaliated against for engaging in protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended.

I am writing to complain about a stressful work environment due to Defamation of character by a co-worker with behavior being known by upper management.

Jacqueline Ligon is a BSA Specialist I and works under Monica Fuqua. For several months now Jacqueline has defamed my character by spreading rumors throughout the BSA department that I have a sexually transmitted disease. She has spread rumors outside of the office to people that we commonly know. Other offensive comments were stated concerning my hair, clothing and that I am unclean.

This is intentional infliction of emotional Distress that has harmed my reputation and caused co-workers to disassociate themselves with me.

Jacqueline Ligon has conducted this type of behavior in the past as stated to me by Keldric Williams. He stated that she spread rumors about him throughout the BSA Department which caused co-workers to stray away from him. Another incident stated to me by Antoine Welch. Jacqueline cursed his out in front of other employees grabbed her belongings a left the office.

It is against company policy for myself and fellow employees to be subjected to such behavior. If employees of the EDD, CTR, OFAC and AML Department are questioned I am confidently sure that these accusations against Jacqueline Ligon will be found to be true and also that the behavior is known to management.

I tried reporting my complaint to my talent and culture representative, Tammie Fincher. After hearing my complaint Tammie stated that there was not much that could be done. That is when I decided to send my complaint to the Office of General Counsel.

In Addition: The week of 12/22/2017 I have been hearing rumors that I will be fired after I return from vacation which is the week of 12/29/2017. It was said that my manager Kelly Ellis would seek to find error in my work that would result in termination. I have a right to a stress free work environment it is unfair that my character is defamed by a co-worker and my job threated by management. I am seeking help from the council to make this inappropriate, unlawful behavior stop.